UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-mj-04288-Reid

FILED BY ___MP___ D.C.
Nov 20, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

YANETH CARDENAS BLANCO,

      **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?  **No.**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  **No.**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No.**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    */s/ Sterling M. Paulson*
        Sterling M. Paulson
        Assistant United States Attorney
        Court ID No. A5503032
        United States Attorney's Office
        99 NE 4th Street, 6th Floor
        Miami, FL 33132
        Tel.: 305-961-9302
        Email: sterling.paulson@usdoj.gov

# United States District Court

**SOUTHERN**    DISTRICT OF    **FLORIDA**

UNITED STATES OF AMERICA

v.

YANETH CARDENAS BLANCO,

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:23-mj-04288-Reid

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about November 19, 2023, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, YANETH CARDENAS BLANCO, did knowingly possess a counterfeited, altered, and falsely made document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, a Lawful Permanent Resident Card ("I-551") and a Social Security Card, which the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about November 19, 2023, the defendant, YANETH CARDENAS BLANCO, arrived at Miami International Airport via Avianca Flight #6 from Bogota, Colombia. CARDENAS was referred by a CBP officer to secondary screening for admissibility review. In connection with this review, CBP inspected CARDENAS's luggage. During this inspection, CBP discovered an I-551 Card and Social Security Card contained within CARDENAS's wallet. These cards reflect CARDENAS's name, date of birth, and photograph.

CBP determined that the I-551 Card is fake and bears a falsified alien number that was not issued by the United States. CBP determined that the Social Security Card is also fake and bears a social security number that corresponds to another individual.

In a subsequent sworn administrative statement, CARDENAS admitted that she had paid to obtain the fraudulent I-551 Card and the fraudulent Social Security Card on a prior visit to the United States. CARDENAS admitted that she had used these documents to obtain employment on this prior visit to the United States
.

NARCISO S. FERNANDEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by WhatsApp.

| | |
|---|---|
| November 20, 2023 | Miami, Florida |
| Date | City and State |

**HONORABLE LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer

Signature of Judicial Officer